UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 24  A II:

U.S. DISTRICT COURT
HARTFORD, CT.

GULZAR SINGH,

    Plaintiff,

V.

    CASE NO. 01CV1020 (RNC)

GEORGE WEZNER, ET AL.,

    Defendants.

## RULING AND ORDER

Plaintiff Gulzar Singh, a former Connecticut inmate proceeding <u>pro</u> <u>se</u> and <u>in</u> <u>forma</u> <u>pauperis</u>, claims that in April 2001 prison officials failed to protect him against an assault that resulted in an injury to his right knee. Defendants have moved for summary judgment on the ground that plaintiff has failed to exhaust administrative remedies. [Doc. # 24] On April 10, 2003, and again on September 15, 2003, the Magistrate Judge issued orders notifying plaintiff that failure to respond to defendants' motion with affidavits or other documentary evidence and to file a "Local Rule 56(a)(2) Statement" could result in dismissal of his case. The September 15 order also notified him that failure to provide the court with a Connecticut address could result in dismissal.[1] Despite those orders, plaintiff has not responded to defendants' motion or provided a local address.

---

[1] Plaintiff previously had been notified by the Clerk's Office of the local address requirement and had been sent a copy of the pertinent rule.

1

Accordingly, defendants' motion for summary judgment is hereby granted and plaintiffs' claims are dismissed. The Clerk may close the file.

So Ordered.

Dated at Hartford, Connecticut this 23rd day of December 2003.

Robert N. Chatigny
United States District Judge