UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GULZAR SINGH

                                            PRISONER
   v.                          CIVIL NO. 3:01CV1020 (RNC)

GEORGE WEZNER
CORRECTIONAL OFFICER HARASIMOWICZ
LIEUTENANT BARR

## J U D G M E N T

This cause came on for consideration of the defendants' Motion for Summary Judgment before the Honorable Robert N. Chatigny, United States District Judge.

The Court has considered the motion and all the related papers.  On December 24, 2003, the Court filed its Ruling and Order granting the motion and dismissing the plaintiff's claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 22nd day of January, 2004.

                                              KEVIN F. ROWE, Clerk

                                          By s/s Cynthia Earle
                                               Cynthia Earle
                                               Deputy Clerk

Entry on Docket _____